UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE: Jeremy Michael Huber, Case No. 20−21464−beh
Debtor(s). Chapter 13

Worth Enterprises, Inc.,
    Plaintiff.
vs.    Adversary No. 21−02133−beh

Jeremy Michael Huber,
    Defendant.

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

Name: Jeremy Michael Huber

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

Dated: February 3, 2022    **JANET L. MEDLOCK**
Clerk of Court

By:  Linda I.
Deputy Clerk